UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Criminal No.** |
| v. | : | |
| | : | |
| NANCY R. BRYANT, | : | **VIOLATION: 18 U.S.C. § 1341** |
| | : | **(Mail Fraud)** |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

At times material to this Information:

1. An Unemployment Insurance ("UI") program is administered jointly in the District of Columbia by the United States Department of Labor ("Labor Department"), and the District of Columbia Department of Employment Services ("DOES"). The Labor Department establishes guidelines and pays the administrative costs of the UI program from funds collected under the provisions of the Federal Unemployment Tax Act. Pursuant to the District of Columbia Unemployment Compensation Act, as well as federal regulations and statutes, DOES pays UI benefits and collects UI payroll taxes. UI benefits paid to unemployed workers in the private sector are financed by taxes on employer payrolls, but are supplemented by the U.S. Treasury when benefits are exhausted or extended benefits are paid.

2. Under rules established for the UI program, benefits are payable to individuals only upon their certification of continued unemployment. Claimants make these certifications to DOES by submitting mail-in claim cards.

## THE SCHEME

3. Between July 1998 and September 2001, NANCY R. BRYANT ("BRYANT") engaged in a fraudulent scheme to collect UI benefits from DOES while simultaneously earning wages from a private employer. In all, BRYANT received $23,402 in UI benefits from DOES, and fraudulently kept those funds for her own benefit.

## MANNER AND MEANS

4. Between July 1998 and September 2001, BRYANT was continuously employed by a food services company by the name of Sodexho Operations, LLC ("Sodexho"), a subsidiary of the Marriott Corporation. BRYANT worked at Bon Appetit, a restaurant owned by Sodexho, which was located on the campus of American University in Northwest, Washington, D.C.

5. Despite BRYANT'S continuous employment with Sodexho, BRYANT mailed claim cards to DOES during the time period from in or about July 1998, through in or about September 2001. On the claim cards, BRYANT falsely certified that she was not employed.

6. As a result of her submission of falsified claim cards, BRYANT received UI benefits from DOES in the amount of $23,402, and fraudulently kept those funds for her own benefit.

## EXECUTION OF THE FRAUD

7. On or about June 16, 2001, within the District of Columbia, for the purpose of executing the aforementioned scheme and artifice and attempting to do so, defendant NANCY R. BRYANT did knowingly cause to be sent, delivered, and moved by the United States Postal Service certain mail matter. Specifically, defendant BRYANT completed and mailed a claim card to DOES at its mailing address of P.O. Box 37006, Washington, D.C. On the claim card, BRYANT falsely certified that she was not employed. Thereafter, on or about June 18, 2001, based on BRYANT's false

certification concerning her employment status, DOES issued a check made payable to BRYANT in the amount of $618. BRYANT cashed this check, and fraudulently kept the proceeds of the check for her own benefit.

**(Mail Fraud, in violation of Title18, United States Code, Sections 1341).**

                                          KENNETH L. WAINSTEIN
                                          United States Attorney
                                          for the District of Columbia

By: _____
      DAVID CAREY WOLL, JR.
      Assistant U.S. Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-4250