AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

for the _____ DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NANCY R. BRYANT

WAIVER OF INDICTMENT

CASE NUMBER: CR05-239-RCL

I, NANCY R. BRYANT, the above named defendant, who is accused of

MAIL FRAUD - 18 USC 1341

FILED

JUL - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 8, 2005 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer