UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :
                              :
       v.                     :    Criminal No. 05-239
                              :
NANCY BRYANT,                 :
                              :    Let this be filed
       Defendant.             :    Royce C. Lamberth
                              :    U.S.D.J. 7/8/05

### STATEMENT OF THE OFFENSE

Pursuant to Fed.R.Cr.P. 11, defendant NANCY BRYANT agrees and stipulates as follows:

1.  An Unemployment Insurance ("UI") program is administered jointly in the District of Columbia by the United States Department of Labor ("Labor Department"), and the District of Columbia Department of Employment Services ("DOES"). The Labor Department establishes guidelines and pays the administrative costs of the UI program from funds collected under the provisions of the Federal Unemployment Tax Act. Pursuant to the District of Columbia Unemployment Compensation Act, as well as federal regulations and statutes, DOES pays UI benefits and collects UI payroll taxes. UI benefits paid to unemployed workers in the private sector are financed by taxes on employer payrolls, but are supplemented by the U.S. Treasury when benefits are exhausted or extended benefits are paid.

2.  Under rules established for the UI program, benefits are payable to individuals only upon their certification of continued unemployment. Claimants make these certifications to DOES by submitting mail-in claim cards.

3. Between July 1998 and September 2001, NANCY BRYANT engaged in a scheme to collect UI benefits from DOES while simultaneously earning wages from a private employer. In all, BRYANT received $23,402 in UI benefits from DOES, and fraudulently kept those funds for her own benefit.

4. Between July 1998 and September 2001, BRYANT was employed by a food services company by the name of Sodexho Operations, LLC ("Sodexho"), a subsidiary of the Marriott Corporation. BRYANT worked at Bon Appetit, a restaurant owned by Sodexho, which was located on the campus of American University in Northwest, Washington, D.C.

5. Despite her continuous employment with Sodexho, BRYANT applied for and received UI benefits during four separate periods between July 1998 and September 2001. Specifically, BRYANT fraudulently received unemployment benefits in the amount of $23,402 from DOES during the following periods:

    (1) 7/25/1998 through 11/14/1998 ($4,862);

    (2) 5/22/1999 through 11/20/1999 ($5,253);

    (3) 5/27/2000 through 11/25/2000 ($8,034);

    (4) 5/26/2001 through 9/22/2001 ($5,253).

6. It was further a part of the scheme to defraud that BRYANT made materially false, fraudulent and misleading representations and promises. Specifically, during the time period from July 1998, through September 2001, BRYANT mailed claim cards to DOES on which she falsely certified that she was not employed.

7. For example, on June 16, 2001, BRYANT completed and mailed a claim card to DOES in which she falsely certified that she was unemployed. Thereafter, on or about June 18, 2001, based on BRYANT's false certification concerning her employment status, DOES issued a check made payable to BRYANT in the amount of $618. BRYANT cashed this check, and fraudulently kept the proceeds of the check for her own benefit.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
DAVID CAREY WOLL, JR.
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-4250

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: July 8, 2005

_____
Nancy R. Bryant
Defendant

I have discussed this Statement of Offense with my client, Ms. Bryant. I concur with her decision to stipulate to this Statement of Offense.

Date: 7/8/05

_____
Lara G. Quint, Esq.
Counsel for the Defendant