HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-239-01</u> |
| | : | |
| vs. | : | |
| | : | |
| Nancy R. Bryant | : | Disclosure Date: <u>August 19, 2005</u> |

**FILED**

SEP 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                    9-1-05
                                                          Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant                Date                          Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, September 2, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                    **Page 2**

Signed by: _____
                          (Defendant / Defense Attorney / AUSA)

Date: _____

TOTAL P.05

HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Docket No.:** <u>05-239-01</u> |
| | : | |
| vs. | : | **SSN:** <u>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</u> |
| | : | |
| Nancy R. Bryant | : | **Disclosure Date:** <u>August 19, 2005</u> |

RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

(X)     There are material/factual inaccuracies in the PSI report as set forth in the attachment
herein.

_____                                    _9-1-05_____
**Prosecuting Attorney**                                                                            **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**              **Date**                              **Defense Counsel**          |**Date**

NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by **Friday, September 2, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone
number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney
for the Government and the Defense Counsel to provide each other with a copy of the objections at the
same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**     Richard A. Houck, Jr., Chief
United States Probation Officer



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

**FILED**

September 1, 2005

SEP 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Via Facsimile (202-273-0242)**
Tanyita Ruley
United States Probation Officer
U.S. Courthouse
Washington, D.C.

Re:    Presentence Investigation Report for Nancy R. Bryant
       Docket No.: CR-05-239-01

Dear Ms. Ruley,

I recently received your draft Presentence Investigation Report ("PSI") in the case of United States v. Nancy R. Bryant (case number CR-05-239). You requested that the government report any material or factual inaccuracies in the PSI by Friday, September 2, 2005.

There appears to be material inaccuracies in the PSI with respect to the maximum penalty for the offense of mail fraud. This error also affects the calculation of the Base Offense Level and the overall Offense Level Computation in the PSI.

The PSI erroneously lists the maximum penalty for mail fraud as twenty years incarceration.[1] In fact, because defendant's conduct occurred between July 1998 and September 2001, the maximum penalty is five years incarceration (Congress did not increase the maximum penalty for mail fraud from five years to twenty years until July 2002). As a result, the "offenses" section of the PSI (page 1) is incorrect because it indicates that Ms. Bryant is subject to a maximum penalty of up to twenty years incarceration.

Given the error with the maximum penalty, the PSI also incorrectly states that the Base Offense Level is seven rather than the correct level of six (see PSI at ¶¶ 3 and 18). The PSI also erroneously lists the Adjusted Offense Level as eleven rather than the correct level of ten (see PSI at ¶23). The PSI incorrectly lists a total offense level of nine, rather than eight (see PSI at ¶ 45). Moreover, the PSI indicates an incorrect guideline range of 4 to 10 months imprisonment, when

---

[1] This error obviously stems from inaccuracies in the plea agreement (see PSI at ¶ 2).

it should be 0 to 6 months imprisonment (see PSI at ¶ 45). Finally, the PSI erroneously classifies Ms. Bryant's conduct as being in "Zone B" of the Sentencing Table, when in fact it is in "Zone A" of the Sentencing Table (see PSI at ¶ 51).

Please contact me at 202-514-4250 with any questions or concerns regarding this matter. Thank you for preparing the PSI, and for your help in this matter.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By:

David Carey Woll, Jr.
Assistant United States Attorney

cc:    Lara Quint, Esq.
       625 Indiana Avenue, N.W.
       Washington, D.C.  20001



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | | |
|---|---|---|---|---|
| To: | Tanyita Ruley | | From: | Dave Woll, AUSA |
| Fax: | 202-273-0242 | | Phone: | 202-514-4250 |
| Date: | September 1, 2005 | | | |
| Re: | Nancy Bryant | | | |
| Page(s): | 3   including cover | | | |

COMMENTS:

Report on inaccuracies in Nancy Bryant's PSI.  Please call me with any questions or concerns.  DW

## U.S. ATTORNEY FACSIMILE COMMUNICATION

***WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.***