UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
**FEB - 8 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Nancy R. Bryant**                                    Docket No.: **CR 05-239-1**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** a status hearing with the voluntary appearance of **Nancy R. Bryant** on _March 9, 2007_ at _9:30 am_ before the Court _Judge Lamberth_/Magistrate Judge _____.

### ORDER OF COURT

Considered and ordered this ___8th___ day of ___February___, 200~~6~~7.

**LAMBERTH, J. RCL** /RJL/
Royce C. Lamberth
United States District Judge