UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-239 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY R. BRYANT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos, at telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov . Louis Ramos will substitute for Assistant United States Attorney David C. Woll, Jr. as counsel for the United States.

           Respectfully submitted,

           JEFFREY A. TAYLOR
           United States Attorney


           _____
           LOUIS RAMOS
           Assistant United States Attorney
           Federal Major Crimes Section,
           555 4th Street, NW, Room 4243
           Washington, DC 20530
           (202) 305-2195
           Louis.Ramos@usdoj.gov