PROB 12A-DC
(Rev. 03/07)

FILED

NOV 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Nancy Bryant**                                    Docket No.: **CR 05-239-1**

### REQUEST FOR COURSE OF ACTION
### (Hearing on Violation of Probation)

COMES NOW **Terrence Jenkins**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nancy Bryant**, who was placed on probation by the Honorable Royce C. Lamberth, United States District Judge, sitting in the Court at Washington, D.C., on the **8th** day of **July**, **2005**, who fixed the period of probation at **five** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. The defendant shall pay the balance of any restitution at a rate of no less than $400 per month and provide verification of payment to the Probation Office.

2. The defendant shall submit to collection of and use of DNA identification information at the direction of the U.S. Probation Office.

3. The defendant shall pay a $1,000 fine and pay a special assessment of $100.

On July 8, 2005, Nancy Bryant pled guilty to Mail Fraud, in violation of 18 U.S.C. § 1341. She was sentenced by Your Honor to five years probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Probation

1. Ms. Bryant failed to make restitution payments as ordered, in violation of Special Condition # 1.

Nancy Bryant
Docket No.: CR 05-239-1
Page 2

2. Ms. Bryant failed to submit monthly supervision reports for August, September, and October 2007, in violation of Standard Condition # 2.

Respectfully submitted,

*Terrence Jenkins*
Terrence Jenkins
United States Probation Officer
(202) 565-1342

Approved By: *Shari L. McCoy*
Shari L. McCoy, Supervising
United States Probation Officer