UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
NOV 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Nancy Bryant**　　　　　　　　　　　　　　Docket No.: **CR 05-239-1**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of probation with voluntary appearance of **Nancy Bryant** on _as set by Clerk_.

ORDER OF COURT

Considered and ordered this ___8th___ day of ___November___, 2007.

_____
Royce C. Lamberth
United States District Judge